# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA M. YELVERTON,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 19-6045-KSM** |
| **LABORATORY CORPORATION OF AMERICA HOLDINGS, d/b/a LABCORP OF AMERICA,** | |
| Defendant. | |

## ORDER

**AND NOW,** 8th day of May, 2020, upon review of the Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Transfer Venue (Doc. No. 6), and Plaintiff's Response (Doc. No. 10), it is **ORDERED** that the Motion is **GRANTED** and this case is **TRANSFERRED** to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.